## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 9 EM 2018

　　　　Respondent

v.

KAREEM J. STANSBURY,

　　　　Petitioner

## ORDER

**PER CURIAM**

　　**AND NOW**, this 26th day of March, 2018, the Petition for Review is DENIED.